In Re: Condemnation by the Commonwealth of Pennsylvania, Department of Transportation, of Right of Way for Legislative Route 347, Section 3, Franklin Township, Beaver County, Pennsylvania.

Peter Gaydosz, Jr. and Aletha Irene Gaydosz, Appellants v. Commonwealth of Pennsylvania, Department of Transportation. (2 Cases)

Argued May 3, 1976, before President Judge BOWMAN and Judges CRUMLISH, JR., WILKINSON, JR., MENCER, ROGERS and BLATT.

188

*Leonard M. Mendelson,* with him *Hollinshead and Mendelson,* for appellants.

*B. B. Wechsler,* Special Assistant Attorney General, for appellee.

PER CURIAM ORDER

Now, May 14, 1976, the order of the lower court is hereby affirmed upon the opinion of Judge ROWLEY at No. 1457 of 1974.